# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 5, 2014

147666

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

ANTHONY ELIJAH RHODES,
      Defendant-Appellant.

SC: 147666
COA: 310135
Wayne CC: 11-011532-FC

_____/

      On order of the Court, the application for leave to appeal the August 1, 2013 judgment of the Court of Appeals is considered and, pursuant to MCR 7.302(H)(1), in lieu of granting leave to appeal, we VACATE in part the judgment of the Court of Appeals and we REMAND this case to the Court of Appeals for reconsideration in light of *People v Hardy*, 494 Mich 430, 438 (2013), and *People v Osantowski*, 481 Mich 103, 111–112 (2008). Determining whether a trial court properly scored sentencing variables is a two-step process. First, the trial court's factual determinations are reviewed for clear error and must be supported by a preponderance of the evidence. *Hardy*, 494 Mich at 438. The clear error standard asks whether the appellate court is left with a definite and firm conviction that a mistake has been made. See *Douglas v Allstate Ins Co*, 492 Mich 241, 256–257 (2012). Second, the appellate court considers de novo "whether the facts, as found, are adequate to satisfy the scoring conditions prescribed by statute." *Hardy*, 494 Mich at 438. In all other respects, leave to appeal is DENIED, because we are not persuaded that the remaining questions presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 5, 2014 _____



                                 Clerk

t0129